AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 7:16MJ61 | Date and time warrant executed: 5/6/16 - Approx: 11:40 am | Copy of warrant and inventory left with: Fatemeh Zarghami |
|---|---|---|

Inventory made in the presence of:
SA Matthew Lewis / SSA Barton Plant

Inventory of the property taken and name of any person(s) seized:

1- HP Pavilion DV4 Laptop, S/N: CND9402BBB

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2016

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Received in Chambers

May 10, 2016   12:31 p.m.

Hon. Glen E. Conrad
Chief United States District Judge

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/9/16

*Executing officer's signature*

Clifford Paul Greene / Special Agent FBI
*Printed name and title*